# EXHIBIT 3

## Additional Terms of Service

Thank you for using Google Voice! By using Google Voice (the "Service"), you accept and agree to be bound by the Google Terms of Service     , the Google Voice Acceptable Use Policy     , the Google Privacy Policy     , as well as these additional terms and conditions (collectively the "Terms of Service"). It's important for you to read each of these documents, as they form a legal agreement between you and Google regarding your use of the Service.

### Caller ID

If you have a Google Voice number, it will appear on the recipient's caller ID. If you haven't set up a Google Voice number, a generic number or the word "unknown" will appear to the person you're calling.

### Emergency calls

You understand and agree that Google Voice is an enhanced call management application and that Google Voice isn't capable of placing or receiving emergency services calls. In addition, if you haven't set up a Google Voice number but you're using Google Voice to call a public-safety answering point (PSAP), then the PSAP gets a generic number or the word "unknown" on your caller ID and might not be able to call you back.

### Google's proprietary rights

Google has the right not to provide calling or connections to any telephone numbers in its sole discretion. Unserved numbers may include but are not limited to certain geographic locations, special services numbers, satellite telephony services, and other call forwarding services.

### Recording conversations

Google Voice provides a function that allows you to record individual telephone conversations. The laws regarding the notice and notification requirements of such recorded conversations vary by state to state. You're responsible for applying the local laws in the relevant jurisdiction when using this feature.

### Bill payment

Depending on the Google Voice service you sign up to, you may be required to pay fees in connection with the Services, as stated by Google. There may be additional fees if you request a change in any Services. Depending on the level of Services selected by you, there may be charges for calls to or from certain locations, including without limitation payphones and areas within extended calling zones. There may also be applicable charges for any special or enhanced services you use.

You may purchase prepaid credits to be used for Google Voice services. Google is under no obligation to offer any refunds or reimbursements for the purchase price of such prepayments. Usage of minutes is billed in one-minute increments. Prepaid credits are billed at the time of purchase.

Unless prohibited by law, any outbound calling credit that you've purchased expires 6 months from the most recent date of use, and may not be transferred.

Calling credit may be used for calls made using the Service.

### General

Calls placed to and received from phone numbers in the United States and other countries/regions are routed through and provided by various regulated and licensed partners.

The Google Voice service is provided by Google Voice, Inc., a subsidiary of Google LLC.