# EXHIBIT 4

# Voice Acceptable Use Policy

Our policies play an important role in maintaining a positive experience for our users. Please follow these policies when using Google Voice. When we identify a potential policy violation, we may review and take action, including limiting or terminating a user's access to Google Voice.

### Spam and Commercial Use

Do not send or facilitate the transmission of spam, large numbers of commercial messages, or automated messages. Such activity includes, but is not limited to:

- sending commercial or promotional messages to a large number of users, or sending messages in bulk;
- sending messages via an automated process, such as a script;
- sending unwanted or mass solicitation;
- placing calls in violation of laws prohibiting unsolicited marketing calls (e.g., "do-not-call laws");
- data mining any web property (including Google) to find phone numbers;
- selling, exchanging, or distributing to a third party the phone numbers of any person without such person's consent to such disclosure;
- inflating call traffic (e.g., traffic pumping, international revenue share fraud).

### Harassment and Bullying

Do not use the Google Voice service to threaten, bully, or harass.

### Violence

Do not distribute depictions of graphic or gratuitous violence.

### Child Safety

Do not distribute content that may be harmful to minors. Do not distribute content that exploits children, such as child sexual abuse imagery or content that presents children in a sexual manner.

### Impersonation

Do not impersonate another person (via the use of a telephone number or otherwise) or otherwise misrepresent yourself or the source of any phone call.

### Intellectual Property

Do not infringe on the intellectual property of others (including patent, trademark, trade secret, copyright, and other proprietary rights), and do not encourage or induce infringement of intellectual property rights.

### Privacy

Do not distribute other people's personal and confidential information, such as credit card numbers, confidential national ID numbers, or account passwords, without their permission.

### Illegal Activities

Do not use Google Voice to engage in or promote illegal activities.

### Malicious Products

Do not transmit viruses, malware, or any other malicious or destructive code. Do not use Google Voice in a way that harms or interferes with the operation of the networks, servers, or other infrastructure of Google or others.

### System Interference and Abuse

Do not abuse the Google Voice Service, and do not interfere with other Google Voice users' enjoyment of the Google Voice Service. For example:

- Do not use Google Voice to data mine phone numbers or other information.
- Do not automate our system to place phone calls or send messages automatically.
- Do not forward to phone numbers that aren't your own or under your control.
- Do not create multiple user accounts, and do not create user accounts by automated means or under false or fraudulent pretenses.

- Do not sell, trade, resell or otherwise exploit for any unauthorized commercial purpose or transfer any Google Voice account or the Google Voice Service.
- Do not modify, adapt, translate, or reverse engineer any portion of the Google Voice Service.
- Do not remove any copyright, trademark, or other proprietary rights notices contained in or on the Google Voice Service.
- Do not reformat or frame any portion of the web pages that are part of the Google Voice Service.

**Account Inactivity**

Google may reclaim your Google Voice number (if you have one) if you have not placed or answered calls, or sent or opened text messages for a period of 3 months. We will not reclaim numbers that have been ported into Google Voice or made permanent.

## Other Policies

- Privacy Policy
- Additional Terms of Service