# EXHIBIT 5

**Domain Names Associated with Nche Noel Ntse
that Ran Google Ads Campaigns and Associated Registrars**

1. adorablemainecoonkitten.com (Namecheap)

2. amandamainecoonkitten.com (Namecheap)

3. barbarafarmhavanesepuppies.com (Namecheap)

4. emilypuppyfarm.com (Namecheap)

5. englishandlinguisticprofessionals.com (Namecheap)

6. familybassethoundhome.com (Namecheap)

7. jenniferalbawesthighlandpuppy.com (Namecheap)

8. jenniferbruntonbassethoundpuppies.com (Namecheap)

9. jerrysbassethoundhome.com (Dynadot)

10. joyandersonbassethoundhome.com (Namecheap)

11. juanitahoundpuppies.com (Namecheap)

12. kimberlygonzalezbassethoundhome.com (Namecheap)

13. laurapuppyfarm.com (Namecheap)

14. lindabennettbassethoundhome.com (Namecheap)

15. melinabassethoundhome.com (Namecheap)

16. mendozafrenchbulldoghome.com (Namecheap)

17. monicapuppyfarm.com (Namecheap)

18. myshibainupuppies.com (Namecheap)

19. oliviajaymedachshundhome.com (Namecheap)

20. wendyshiptonbassethound.com (Namecheap)