COOLEY LLP
TIANA DEMAS (*pro hac vice* pending) (NY Bar No. 4210472)
(tdemas@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, Illinois 60606-0010
Telephone:     +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:     +1 415 693 2000

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NCHE NOEL NTSE,<br><br>　　　　　Defendant. | Case No. 5:22-cv-02244<br><br>**PLAINTIFF GOOGLE LLC'S CERTIFICATE OF INTERESTED ENTITIES** |

### L.R. 3-15 CERTIFICATE OF INTERESTED ENTITIES

Under Civil L.R. 3-15, counsel for plaintiff certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities: (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

　　1.　　Google LLC

2. XXVI Holdings Inc., Holding Company of Google LLC

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated: April 11, 2022

COOLEY LLP

By: */s/ Michael G. Rhodes*
Michael G. Rhodes

Attorney for Plaintiff
GOOGLE LLC