


COOLEY LLP
TIANA DEMAS *(pro hac vice* pending) (NY Bar No. 4210472)
(tdemas@cooley.com)
444 W Lake Street, Suite 1700
Chicago, Illinois 60606-0010
Telephone: +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC,<br><br>Plaintiff,<br><br>v.<br><br>NCHE NOEL NTSE<br><br>Defendant. | Case No. 5:22-cv-02244<br><br>**NOTICE OF APPEARANCE OF JOSEPH D. MORNIN AS COUNSEL FOR PLAINTIFF GOOGLE LLC** |

**TO THE CLERK, ALL PARTIES AND ALL COUNSEL OF RECORD**:

Defendant Google LLC ("Google") notifies the Court and all parties that Joseph D. Mornin of the law firm of Cooley LLP hereby appears as Google's counsel of record in this action. He is admitted to practice in California and before this Court. His address, telephone number, facsimile number and e-mail address are as follows:

COOLEY LLP
Joseph D. Mornin
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
E-mail: jmornin@cooley.com

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF JOSEPH MORNIN
FOR PLAINTIFF GOOGLE LLC
CASE NO. 5:22-CV-02244

Please serve said counsel with all pleadings, notices, and other filings in this action.

Dated: April 11, 2022

COOLEY LLP

By: */s/ Joseph D. Mornin*
      Joseph D. Mornin

Attorney for Plaintiff
GOOGLE LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

NOTICE OF APPEARANCE OF JOSEPH MORNIN
FOR PLAINTIFF GOOGLE LLC
CASE NO. 5:22-CV-02244