COOLEY LLP
TIANA DEMAS (admitted *pro hac vice*) (NY Bar No. 4210472)
(tdemas@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, Illinois 60606-0010
Telephone:   +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000

Attorneys for Plaintiff
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Google LLC, | Case No. 5:22-cv-02244 |
|---|---|
| Plaintiff, | **DECLARATION OF JOSEPH D. MORNIN IN SUPPORT OF PLAINTIFF'S MOTION TO AUTHORIZE ALTERNATIVE SERVICE** |
| v. | |
| Nche Noel Ntse, | |
| Defendant. | |

I, Joseph D. Mornin, declare as follows:

1. I am an attorney with the law firm Cooley LLP and counsel for Plaintiff Google LLC. I submit this declaration based on personal knowledge and following reasonable investigation. If called as a witness, I could testify competently to the truth of each statement.

2. I am familiar with Google's investigation into Defendant's identity, location, and activities. I have reviewed materials related to this investigation, and I have discussed this investigation with the Google employees who conducted it.

**Google has identified email addresses that Defendant used recently.**

3. As set forth in Google's Complaint, Defendant Nche Noel Ntse is a Cameroon-based scammer who controls a network of websites and Google accounts that Defendant uses to defraud unsuspecting and vulnerable American victims. Compl., ECF No. 1 ¶¶ 1, 32, 35. For example, Defendant ran (and continues to run) multiple websites that purport to sell adorable puppies, including familybassethoundhome[.]com, jerrysbassethoundhome[.]com, maltipoofarmhome[.]com, and emilypuppyfarm[.]com. *Id.* ¶¶ 28–33. In reality, Defendant does not sell puppies (or any other actual items); instead, Defendant uses the websites and Google accounts to run multiple non-delivery scams where victims send money and receive nothing in return. *Id.* ¶¶ 2, 26, 34. Defendant's conduct violate Google's Terms of Service and other policies, including the Gmail Program Policies, the Google Voice Terms of Service, and the Google Voice Acceptable Use Policy. *Id.* ¶¶ 3, 17–22, 36.

4. Google learned of Defendant's fraudulent activities through a report from AARP, which indicated that Defendant used Gmail accounts, including familyhomebassethound@gmail[.]com, to conduct a puppy non-delivery scam. A true and correct copy of AARP's report is attached as **Exhibit 1**.[1]

5. To identify Defendant, Google analyzed its internal records and located other Google accounts related to familyhomebassethound@gmail[.]com ("Gmail Account A"), based on shared phone numbers, recovery email addresses, and/or account creation IP addresses. These

---

[1] AARP's report also contains information about incidents that are not related to Defendant's fraudulent activities. That unrelated information is redacted here.

related accounts include jurgenfernandez7@gmail[.]com ("Gmail Account B") and odgablife420@gmail[.]com ("Gmail Account C"). True and correct copies of Google's subscriber records for these accounts are attached as **Exhibits 2**, **3** & **4**.

6. Defendant has used these Gmail accounts to carry out the fraudulent scheme: Defendant used Gmail Account A to defraud a US-based victim, and Defendant used Gmail Accounts B and C to operate the network of websites described in the Complaint. ECF No. 1 ¶¶ 1–38.

7. Defendant has used each of these email addresses within the last several months. For example, the most recent login dates are:

- Gmail Account C: April 3, 2022. Ex. 4 at 1–2.
- Gmail Account B: March 13, 2022. Ex. 3 at 1.
- Gmail Account A: September 19, 2021. Ex. 2 at 1–2.[2]

8. Accordingly, Defendant can likely be reached through each of these email addresses.

**Google has identified a phone number that Defendant recently used.**

9. Both Gmail Account B and Gmail Account C use the Cameroonian phone number +237-672259156 as the SMS recovery number, and Gmail Account B used this phone number for account verification purposes on January 27, 2022. Exs. 3 at 1; 4 at 1, 3.

10. Accordingly, Defendant can likely be reached via text message at this phone number.

**Google has determined that Defendant is based in Cameroon, but cannot identify Defendant's precise physical address.**

11. Google's subscriber records for Gmail Accounts A, B, and C, contain the IP addresses from which the accounts were created. Exs. B, C, & D. Using a publicly available website, I verified that these IP addresses resolve to the city of Douala, Cameroon. A true and correct copy of geographic location reports for these IP addresses are attached as **Exhibit 5**.

---

[2] This account was last used in December 2021, even though it was last logged into several months prior. Ex. 2 at 1-3.

12. Google offers a service called Google Pay, which allows payments via mobile devices. To use Google Pay, a user must sign up with a Google account and provide an address. Defendant used Gmail Account B to create a Google Pay account and provided the following two names and addresses in Cameroon:

> Pint Aunthenticator
> pk 8 douala
> Douala Littoral
> CM
>
> Nche Noel Ntse
> Rond poulain Makepe
> Douala Littoral
> CM

A true and correct copy of this Google Pay record is attached as **Exhibit 6**.

13. As explained above, two of Defendants' Gmail accounts—Gmail Account B and Gmail Account C—are associated with the same Cameroonian phone number. Gmail Account A is associated with another Cameroonian phone number, +237-650072198. Ex. 2 at 1.

14. All of the above information suggests that Defendant is located in Douala, Cameroon.

15. Despite its diligent efforts, Google could not identify Defendant's precise physical address. The two addresses Defendant provided to set up a Google Pay both refer to large areas in the city of Douala, Cameroon, not an actual street address or building. The first address, "pk 8 douala," refers to a neighborhood in the city of Douala. The second address, "Rond poulain Makepe," is an area of Douala known as "Makepe roundabout." Evidence from Google Maps indicates that both areas include many homes and businesses. A true and correct copy of a map of "pk 8" is attached as **Exhibit 7**. A true and correct copy of "Makepe roundabout" is attached as **Exhibit 8**.

16. Google has conducted a diligent investigation in an attempt to determine Defendant's precise physical address. For example, Google extensively searched its internal records that are linked to Defendant, including phone numbers, email addresses, and IP addresses used by Defendant to create accounts. Google has also devoted significant time and resources to

investigating open-source materials that might lead to information about Defendant's location. Despite these efforts, Google has not been able to identify a precise physical location or address for Defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Berkeley, California on April 15, 2022.

By: */s/ Joseph D. Mornin*
      Joseph D. Mornin