# EXHIBIT 1

| Date | Victim's: Zip/Postal Code | Scammer's Phone Number | Scammer's Physical Address | Scammer's Email Address | Notes |
|------|---------------------------|------------------------|----------------------------|-------------------------|-------|
| **August 2021** | | | | | |
| 8/16/2021 | 29526 | 954-899-0315 | REDACTED | familyhomebassethound@gmail.com | Consumer surfing internet seeking a puppy found website: familyhomebassetthounds.com and he emailed his choice of puppy online. He was told the puppy would be sent via airline. He received text with application to fill out and agreed he pay $700 by providing info of gift cards -front/back. He was to receive dog today, but instead got a text that stated Sunshine Express needed add'l $1500 in order to deliver puppy. |