# EXHIBIT 2

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 456174862188
Name: Serena McGill
Given Name: Serena
Family Name: McGill
e-Mail: familyhomebassethound@gmail.com
Alternate e-Mails:

Created on: 2021-08-13 03:39:55 Z
Terms of Service IP: 154.72.171.2
Terms of Service Language: en
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): December 12, 1995

Services: Gmail, Web & App Activity, YouTube, Google Hangouts, Android
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2021-09-19 00:12:53 Z
Last Logins: 2021-09-19 00:12:51 Z, 2021-09-05 02:53:41 Z, 2021-08-28 14:29:14 Z

## ACCOUNT RECOVERY

Contact e-Mail: familyhomebassethound@gmail.com
Recovery e-Mail:
Recovery SMS: +237650072198 [CM]

## PHONE NUMBERS

User Phone Numbers: +237650072198 [CM]
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 2021-09-19 00:12:51 Z | 154.72.168.252 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:92.0) Gecko/20100101 Firefox/92.0,gzip(gfe) |
| 2021-09-05 02:53:41 Z | 154.72.171.211 | Login | | | Chrome/92.0.4515.90 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-08-28 14:29:14 Z | 129.0.99.14 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2021-08-27 18:53:39 Z | 129.0.76.13 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2021-08-25 16:03:58 Z | 129.0.76.152 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2021-08-16 16:49:54 Z | 154.72.171.147 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-08-13 19:27:07 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-13 18:52:02 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-13 18:51:06 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-13 18:44:51 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-13 18:44:28 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-13 03:39:56 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |

**MADISON INFORMATION**

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

**############### * Google Confidential and Proprietary * ###############**