# EXHIBIT 3

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 168991065443  
Name: Pint Aunthenticator  
Given Name: Pint  
Family Name: Aunthenticator  
e-Mail: jurgenfernandez7@gmail.com  
Alternate e-Mails:

Created on: 2015-03-04 20:30:08 Z  
Terms of Service IP: 154.70.99.23  
Terms of Service Language: en  
Provider for Consumer Services: Google LLC  
Birthday (Month Day, Year): December 23, 1990

Services: Web & App Activity, Gmail, Google Photos, Google Hangouts, YouTube, Has Madison Account, Android, Google Calendar, Google Mobile, Google Play Music, Location History, Google Play, Google Chrome Sync, Google Maps, Google Search Console, Blogger, Google My Maps, Google Analytics, Dynamite, Google Payments, Google Ads  
Unregistered Services: Is Ams Half Created, Has Google Profile, Has Plusone, Google+, Has Google One Membership Information

Deletion Date:  
Deletion IP:

End of Service Date:

Status: Enabled  
Last Updated Date: 2022-03-20 22:42:56 Z  
Last Logins: 2022-03-20 22:42:56 Z, 2022-03-14 22:21:27 Z, 2022-03-13 03:04:19 Z

## ACCOUNT RECOVERY

Contact e-Mail: jurgenfernandez7@gmail.com  
Recovery e-Mail: jurgenchloe7@gmail.com  
Recovery SMS: +237672259156 [CM]

## PHONE NUMBERS

User Phone Numbers: +237672259156 [CM]  
Reachable Phone Numbers:  
2-Step Verification Phone Numbers: +237672259156 [CM]

## DEVICE INFORMATION

| Phone Number | Country | Last Updated | Is Default Device | Send Method | Is Device Verified | Device Added By | Nickname |
|---|---|---|---|---|---|---|---|
| +237672259156 | CM | 2022-01-27 00:36:39 Z | true | SMS | true | User | |

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS IDFV | Raw User Agents |
|---|---|---|---|---|---|
| 2022-03-13 03:04:19 Z | 154.72.171.191 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.51 Safari/537.36,gzip(gfe) |
| 2022-03-05 00:42:48 Z | 193.19.206.59 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.51 Safari/537.36,gzip(gfe) |
| 2022-02-28 17:32:48 Z | 154.72.171.59 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-02-28 17:32:35 Z | 154.72.171.59 | Login | | | com.google.ios.youtube/17.05.2 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-21 19:42:33 Z | 154.72.171.33 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-02-14 21:12:24 Z | 129.0.76.92 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.80 Safari/537.36,gzip(gfe) |

| Date/Time | IP | Action | | | | User Agent |
|---|---|---|---|---|---|---|
| 2022-02-14 21:12:05 Z | 129.0.76.92 | Login | | | | com.google.ios.youtube/17.05.2 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-05 01:37:27 Z | 129.0.99.6 | Login | | | E4C8B90E-8BC7-445B-8574-A51C85765695 | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-01-27 00:35:53 Z | 129.0.76.143 | Login | | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.2 Safari/605.1.15,gzip(gfe) |
| 2022-01-11 20:28:36 Z | 154.72.169.70 | Login | | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_6) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.0.2 Safari/605.1.15,gzip(gfe) |
| 2021-11-27 11:44:12 Z | 154.72.168.118 | Login | | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148,gzip(gfe) |
| 2021-11-27 11:44:12 Z | 154.72.168.118 | Login | | | | com.google.ios.youtube/16.45.4 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-15 15:58:28 Z | 154.72.168.137 | Login | | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:94.0) Gecko/20100101 Firefox/94.0,gzip(gfe) |
| 2021-11-09 13:24:35 Z | 154.72.170.141 | Login | | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:93.0) Gecko/20100101 Firefox/93.0,gzip(gfe) |
| 2021-11-06 11:52:49 Z | 154.72.168.32 | Login | | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-10-25 14:54:44 Z | 154.72.169.45 | Login | | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-10-22 00:46:20 Z | 154.72.171.222 | Login | | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-10-22 00:44:20 Z | 154.72.171.222 | Login | | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-10-05 17:18:00 Z | 154.72.168.111 | Login | | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 OcIdWebView ({"os":"iOS","appVersion":"16.36.4","app":"com.google.ios.youtube","osVersion" |
| 2021-10-05 17:17:59 Z | 154.72.168.111 | Login | | | | com.google.ios.youtube/16.36.4 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-05 17:17:44 Z | 154.72.168.111 | Login | | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.61 Safari/537.36,gzip(gfe) |
| 2021-10-04 10:11:46 Z | 129.0.76.19 | Login | | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-09-21 04:35:07 Z | 154.72.171.160 | Login | | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:92.0) Gecko/20100101 Firefox/92.0,gzip(gfe) |
| 2021-09-14 12:54:50 Z | 154.72.170.203 | Login | | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:92.0) Gecko/20100101 Firefox/92.0,gzip(gfe) |
| 2021-09-09 12:51:12 Z | 154.72.168.201 | Login | | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 OcIdWebView ({"os":"iOS","appVersion":"16.34.7","app":"com.google.ios.youtube","osVersio |
| 2021-09-09 12:51:11 Z | 154.72.168.201 | Login | | | | com.google.ios.youtube/16.34.7 iSL/3.3 iPhone/14.7.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2021-09-09 12:51:02 Z | 154.72.168.201 | Login | | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:91.0) Gecko/20100101 Firefox/91.0,gzip(gfe) |
| 2021-09-05 02:53:41 Z | 154.72.171.211 | Login | | | | Chrome/92.0.4515.90 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-09-02 00:42:32 Z | 129.0.76.122 | Login | | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-09-02 00:42:17 Z | 129.0.76.122 | Login | | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 OcIdWebView ({"os":"iOS","appVersion":"6.0.210725.1302993","app":"com.google.Gmail","osVer |

| | | | | | |
|---|---|---|---|---|---|
| 2021-09-02 00:42:17 Z | 129.0.76.122 | Login | | | com.google.Gmail/6.0.210725 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-31 21:27:07 Z | 129.0.76.69 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 OcIdWebView ({"os":"iOS","appVersion":"6.0.210725.1302993","app":"com.google.Gmail","osVer |
| 2021-08-31 21:27:07 Z | 129.0.76.69 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-08-31 21:27:07 Z | 129.0.76.69 | Login | | | com.google.Gmail/6.0.210725 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-31 21:26:55 Z | 129.0.76.69 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 OcIdWebView ({"os":"iOS","appVersion":"6.0.210725.1302993","app":"com.google.Gmail","osVer |
| 2021-08-31 21:26:54 Z | 129.0.76.69 | Login | | | com.google.Gmail/6.0.210725 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-28 14:40:19 Z | 129.0.99.14 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 OcIdWebView ({"os":"iOS","appVersion":"6.0.210725.1302993","app":"com.google.Gmail","osVer |
| 2021-08-28 14:40:19 Z | 129.0.99.14 | Login | | | com.google.Gmail/6.0.210725 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-28 14:39:43 Z | 129.0.99.14 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 OcIdWebView ({"os":"iOS","appVersion":"6.0.210725.1302993","app":"com.google.Gmail","osVer |
| 2021-08-28 14:39:42 Z | 129.0.99.14 | Login | | | com.google.Gmail/6.0.210725 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-13 18:51:14 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-13 18:44:48 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-12 11:53:46 Z | 154.72.171.2 | Login | | | Chrome/92.0.4515.90 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-08-02 23:03:39 Z | 154.72.169.114 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_13_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.107 Safari/537.36,gzip(gfe) |
| 2021-07-29 15:45:42 Z | 154.72.171.251 | Login | | | Chrome/92.0.4515.90 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-07-28 13:54:53 Z | 154.72.170.184 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-07-28 06:47:00 Z | 129.0.76.27 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-07-28 06:20:29 Z | 154.72.170.184 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-07-25 16:21:03 Z | 154.72.169.137 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_11_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.114 Safari/537.36,gzip(gfe) |
| 2021-07-13 00:07:02 Z | 154.72.168.59 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_11_6) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/91.0.4472.114 Safari/537.36,gzip(gfe) |

## MADISON INFORMATION

**MADISON ADMIN INFORMATION**

**OUTSTANDING MADISON INVITATION INFORMATION**

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############## * Google Confidential and Proprietary * ##############