# EXHIBIT 4

############## * Google Confidential and Proprietary * ##############

# GOOGLE SUBSCRIBER INFORMATION

Google Account ID: 850205828725
Name: Bobby Hill
Given Name: Bobby
Family Name: Hill
e-Mail: ogdablife420@gmail.com
Alternate e-Mails:

Created on: 2021-04-06 22:58:41 Z
Terms of Service IP: 129.0.76.113
Terms of Service Language: en_GB
Provider for Consumer Services: Google LLC
Birthday (Month Day, Year): June 21, 1995

Services: Gmail, Web & App Activity, Has Madison Account, YouTube, Business Profiles, Google Hangouts, Google Ads, Google Analytics, Android, Google Calendar, Google Payments
Unregistered Services: Is Ams Half Created

Deletion Date:
Deletion IP:

End of Service Date:

Status: Enabled
Last Updated Date: 2022-04-03 20:11:28 Z
Last Logins: 2022-04-03 20:11:28 Z, 2022-03-30 06:02:51 Z, 2022-03-29 12:52:07 Z

## ACCOUNT RECOVERY

Contact e-Mail: ogdablife420@gmail.com
Recovery e-Mail:
Recovery SMS: +237672259156 [CM]

## PHONE NUMBERS

User Phone Numbers: +237672259156 [CM]
Reachable Phone Numbers:
2-Step Verification Phone Numbers:

## DEVICE INFORMATION

No Devices

## IP ACTIVITY

| Timestamp | IP Address | Activity Type | Android ID | Apple iOS | Raw User Agents |
|---|---|---|---|---|---|

| | | | | IDFV | |
|---|---|---|---|---|---|
| 2022-04-03 20:11:28 Z | 129.0.76.92 | Login | | | com.google.Maps/6.11.0 iSL/3.4 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-30 06:02:51 Z | 154.72.169.22 | Login | | | com.google.Maps/6.10.0 iSL/3.4 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-29 12:52:07 Z | 129.0.99.203 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-29 06:15:33 Z | 129.0.76.103 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-28 20:55:12 Z | 129.0.76.251 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-28 08:26:05 Z | 129.0.76.128 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-24 16:32:44 Z | 129.0.99.139 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-23 07:46:56 Z | 154.72.168.182 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-22 09:30:28 Z | 154.72.170.14 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-21 22:33:44 Z | 129.0.76.56 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-21 10:14:36 Z | 129.0.205.18 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-20 05:13:01 Z | 154.72.171.108 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-19 08:04:21 Z | 154.72.171.108 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-18 | 154.72.171.227 | Login | | | com.google.Maps/6.4.0 iSL/3.3 |

| | | | | | |
|---|---|---|---|---|---|
| 16:25:24 Z | | | | | iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-18 15:46:07 Z | 154.72.171.227 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-16 10:33:04 Z | 154.72.168.236 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-15 14:52:23 Z | 129.0.76.181 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-13 09:11:46 Z | 154.72.171.191 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-11 09:29:37 Z | 154.72.168.227 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-10 09:26:34 Z | 154.72.168.227 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-09 10:43:20 Z | 154.72.169.193 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-05 00:41:09 Z | 193.19.206.59 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.51 Safari/537.36,gzip(gfe) |
| 2022-03-05 00:40:38 Z | 193.19.206.59 | Logout | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/99.0.4844.51 Safari/537.36,gzip(gfe) |
| 2022-03-01 20:56:38 Z | 129.0.76.166 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-03-01 11:09:44 Z | 129.0.99.252 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-28 20:34:28 Z | 154.72.171.59 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-02-28 | 129.0.99.155 | Login | | | com.google.Maps/6.4.0 iSL/3.3 |

| | | | | | |
|---|---|---|---|---|---|
| 14:19:23 Z | | | | | iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-28 09:45:20 Z | 129.0.76.37 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-24 23:35:28 Z | 154.72.168.74 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 Chrome/77.0.3865.116,gzip(gfe) |
| 2022-02-24 23:35:26 Z | 154.72.168.74 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 15_0 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148 Chrome/77.0.3865.116,gzip(gfe) |
| 2022-02-24 23:35:24 Z | 154.72.168.74 | Login | | | com.google.ios.youtube/17.05.2 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-23 16:28:27 Z | 129.0.81.248 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-23 06:27:19 Z | 129.0.81.254 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-22 08:30:11 Z | 129.0.99.132 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-21 19:42:33 Z | 154.72.171.33 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-02-21 19:42:33 Z | 154.72.171.33 | Logout | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.102 Safari/537.36,gzip(gfe) |
| 2022-02-20 23:12:27 Z | 154.72.169.60 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-19 04:36:21 Z | 154.72.171.37 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-17 05:58:03 Z | 154.72.171.215 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2022-02-16 15:25:47 Z | 129.0.76.120 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-14 14:35:25 Z | 129.0.99.231 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-14 14:31:01 Z | 129.0.99.231 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-13 23:37:43 Z | 154.72.169.61 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/98.0.4758.80 Safari/537.36,gzip(gfe) |
| 2022-02-13 00:40:32 Z | 129.0.76.64 | Login | | | com.google.Maps/6.4.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-10 01:17:59 Z | 154.72.171.206 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.1 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2022-02-03 00:06:12 Z | 129.0.76.118 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-03 00:06:12 Z | 129.0.76.118 | Logout | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/97.0.4692.99 Safari/537.36,gzip(gfe) |
| 2022-02-01 11:00:05 Z | 129.0.76.15 | Login | | | com.google.Maps/6.2.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-02-01 00:44:38 Z | 129.0.76.166 | Login | | | com.google.Maps/6.2.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-31 03:16:47 Z | 129.0.76.5 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-29 00:02:46 Z | 129.0.76.230 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-28 12:59:10 Z | 129.0.76.7 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |

| 2022-01-27 13:28:46 Z | 129.0.76.187 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
|---|---|---|---|---|---|
| 2022-01-24 09:16:05 Z | 129.0.99.13 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-23 14:49:16 Z | 154.72.168.51 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-21 16:40:01 Z | 154.72.168.160 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-19 15:02:36 Z | 129.0.76.74 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-17 09:12:50 Z | 154.72.168.176 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-16 14:36:38 Z | 154.72.171.95 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-15 17:02:45 Z | 129.0.76.113 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-14 08:31:47 Z | 129.0.76.94 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-13 04:29:13 Z | 154.72.170.200 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-11 19:36:59 Z | 154.72.169.70 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-10 16:18:07 Z | 154.72.170.133 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-08 23:12:14 Z | 154.72.171.220 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-07 18:06:16 Z | 129.0.79.192 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | (gzip),gzip(gfe) |
| 2022-01-07 08:30:52 Z | 154.72.169.227 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-06 07:45:50 Z | 154.72.168.166 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-03 00:04:13 Z | 129.0.99.9 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2022-01-02 16:36:35 Z | 129.0.76.30 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-31 10:07:48 Z | 154.72.169.244 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-29 21:26:41 Z | 154.72.169.48 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-28 23:27:26 Z | 129.0.78.98 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-27 15:47:00 Z | 129.0.78.252 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-23 08:22:33 Z | 129.0.99.192 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-21 02:00:25 Z | 129.0.76.157 | Login | | | com.google.Maps/5.88.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-17 08:22:32 Z | 154.72.171.72 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-16 07:11:46 Z | 129.0.76.43 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-16 03:16:33 Z | 129.0.76.43 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |

| Date | IP | Action | | | User Agent |
|---|---|---|---|---|---|
| 2021-12-16 03:14:50 Z | 129.0.76.43 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Version/14.1.2 Mobile/15E148 Safari/604.1,gzip(gfe) |
| 2021-12-15 22:19:26 Z | 154.72.168.96 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-14 08:22:16 Z | 154.72.169.14 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-13 12:51:34 Z | 154.72.170.200 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-11 17:07:04 Z | 129.0.76.170 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-11 14:25:20 Z | 154.72.171.128 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-10 20:58:42 Z | 129.0.76.248 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-08 03:34:15 Z | 129.0.76.143 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-07 04:02:41 Z | 154.72.168.241 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-04 23:25:03 Z | 154.72.168.199 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-03 16:14:30 Z | 154.72.169.14 | Login | | | com.google.Maps/5.86.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-03 04:31:36 Z | 154.72.169.14 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-12-02 04:21:06 Z | 154.72.169.14 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2021-11-30 08:14:06 Z | 104.244.209.102 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-29 03:19:50 Z | 154.72.169.225 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-28 08:23:10 Z | 154.72.169.225 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-27 23:49:04 Z | 154.72.169.225 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-25 17:29:48 Z | 129.0.99.180 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-24 20:28:25 Z | 129.0.76.103 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-24 11:44:35 Z | 129.0.76.188 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-23 12:02:58 Z | 154.72.171.16 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-22 16:50:59 Z | 129.0.76.38 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-22 01:22:45 Z | 129.0.76.90 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-21 04:21:31 Z | 154.72.170.232 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-20 16:35:11 Z | 129.0.76.157 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-19 01:18:01 Z | 129.0.84.224 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-18 16:37:15 Z | 129.0.84.224 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |

| Date | IP | Action | | | User Agent |
|---|---|---|---|---|---|
| 2021-11-17 21:00:16 Z | 154.72.171.91 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-17 01:16:11 Z | 129.0.99.218 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-16 01:16:40 Z | 154.72.170.5 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-15 22:58:26 Z | 154.72.170.5 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-11-15 17:30:17 Z | 129.0.76.39 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-14 12:11:45 Z | 154.72.168.189 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-12 13:11:12 Z | 129.0.99.228 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-11 13:50:29 Z | 154.72.170.47 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-10 17:46:27 Z | 129.0.76.143 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-09 19:30:09 Z | 154.72.171.206 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-08 19:25:02 Z | 154.72.170.141 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-07 23:38:16 Z | 104.244.210.134 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-07 17:35:05 Z | 129.0.76.156 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-07 | 154.72.169.214 | Login | | | com.google.Maps/5.82.0 iSL/3.3 |

| | | | | | |
|---|---|---|---|---|---|
| 09:32:27 Z | | | | | iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-07 01:30:41 Z | 154.72.168.32 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-06 01:43:30 Z | 154.72.168.32 | Login | | | com.google.Maps/5.82.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-05 01:24:22 Z | 154.72.168.6 | Login | | | com.google.Maps/5.80.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-02 01:37:03 Z | 129.0.99.212 | Login | | | com.google.Maps/5.80.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-11-01 01:12:49 Z | 154.72.160.205 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-10-31 01:32:54 Z | 154.72.160.174 | Login | | | com.google.Maps/5.80.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-29 23:41:10 Z | 129.0.76.84 | Login | | | com.google.Maps/5.80.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-29 17:51:41 Z | 154.72.168.107 | Login | | | com.google.Maps/5.80.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-28 10:38:01 Z | 154.72.171.134 | Login | | | com.google.Maps/5.80.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-27 19:53:12 Z | 129.0.99.24 | Login | | | com.google.Maps/5.80.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-25 14:55:27 Z | 154.72.169.45 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-10-25 14:54:35 Z | 154.72.169.45 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.81 Safari/537.36,gzip(gfe) |
| 2021-10-23 | 129.0.76.52 | Login | | | com.google.Maps/5.79.0 iSL/3.3 |

| | | | | | |
|---|---|---|---|---|---|
| 14:39:42 Z | | | | | iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-22 17:57:39 Z | 154.72.169.184 | Login | | | com.google.Maps/5.79.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-18 14:44:06 Z | 154.72.169.136 | Login | | | com.google.Maps/5.79.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-15 15:39:39 Z | 154.72.168.145 | Login | | | com.google.Maps/5.79.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-14 14:52:28 Z | 129.0.99.139 | Login | | | com.google.Maps/5.79.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-14 12:28:48 Z | 129.0.76.242 | Login | | | com.google.Maps/5.79.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-07 19:47:22 Z | 129.0.76.150 | Login | | | com.google.Maps/5.78.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-07 13:31:43 Z | 154.72.170.124 | Login | | | com.google.Maps/5.78.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-05 15:06:02 Z | 154.72.168.111 | Login | | | com.google.Maps/5.78.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-04 19:51:03 Z | 129.0.99.170 | Login | | | com.google.Maps/5.78.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-04 12:09:28 Z | 129.0.99.25 | Login | | | com.google.Maps/5.78.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-03 12:35:04 Z | 154.72.170.158 | Login | | | com.google.Maps/5.78.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-10-02 02:56:11 Z | 154.72.168.72 | Login | | | com.google.Maps/5.78.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-30 21:36:38 Z | 154.72.169.13 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.61 Safari/537.36,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2021-09-30 21:36:38 Z | 154.72.169.13 | Logout | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.61 Safari/537.36,gzip(gfe) |
| 2021-09-30 21:24:08 Z | 154.72.169.13 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.61 Safari/537.36,gzip(gfe) |
| 2021-09-30 21:23:57 Z | 154.72.169.13 | Login | | | Mozilla/5.0 (Macintosh; Intel Mac OS X 10_15_7) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/94.0.4606.61 Safari/537.36,gzip(gfe) |
| 2021-09-27 12:26:04 Z | 129.0.76.47 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-26 22:59:21 Z | 129.0.205.4 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-26 12:24:48 Z | 154.72.163.203 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-26 03:29:43 Z | 154.72.161.10 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-25 12:38:30 Z | 154.72.163.102 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-24 20:02:33 Z | 129.0.205.233 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-24 15:50:56 Z | 154.72.163.182 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-24 01:58:24 Z | 129.0.226.176 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-22 07:24:38 Z | 154.72.171.160 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-18 07:59:47 Z | 129.0.99.23 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |

| 2021-09-17 02:51:40 Z | 154.72.170.76 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
|---|---|---|---|---|---|
| 2021-09-16 15:51:01 Z | 154.72.168.4 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-15 23:08:02 Z | 129.0.99.19 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-14 13:37:04 Z | 154.72.170.203 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-13 10:24:20 Z | 154.72.170.16 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-11 23:05:24 Z | 154.72.170.16 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-10 13:29:06 Z | 154.72.170.242 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-09 10:27:04 Z | 154.72.168.201 | Login | | | com.google.Maps/5.77.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-08 13:49:16 Z | 129.0.76.234 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-07 10:33:44 Z | 154.72.170.132 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-05 15:52:21 Z | 129.0.99.14 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-05 02:53:41 Z | 154.72.171.211 | Login | | | Chrome/92.0.4515.90 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-09-02 23:36:26 Z | 154.72.170.215 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-09-02 02:46:23 Z | 129.0.76.84 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2021-09-01 03:13:16 Z | 129.0.76.88 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-27 15:23:22 Z | 129.0.76.161 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-26 09:58:04 Z | 129.0.76.246 | Login | | | com.google.Maps/5.76.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-25 10:49:44 Z | 129.0.76.125 | Login | | | com.google.Maps/5.75.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-21 23:16:14 Z | 154.72.170.98 | Login | | | com.google.Maps/5.75.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-20 10:02:16 Z | 129.0.76.84 | Login | | | com.google.Maps/5.75.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-19 16:10:23 Z | 154.72.169.126 | Login | | | com.google.Maps/5.75.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-18 04:41:17 Z | 154.72.169.126 | Login | | | com.google.Maps/5.75.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-18 01:45:47 Z | 154.72.171.147 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148,gzip(gfe) |
| 2021-08-18 01:45:45 Z | 154.72.171.147 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_7_1 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148,gzip(gfe) |
| 2021-08-18 01:45:44 Z | 154.72.171.147 | Login | | | com.google.ios.youtube/16.31.4 iSL/3.3 iPhone/14.7.1 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2021-08-16 04:28:01 Z | 154.72.171.147 | Login | | | com.google.Maps/5.74.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-13 04:57:15 Z | 154.72.171.2 | Login | | | com.google.Maps/5.74.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 2021-08-13 02:46:45 Z | 154.72.171.2 | Login | | | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/92.0.4515.131 Safari/537.36,gzip(gfe) |
| 2021-08-12 11:53:46 Z | 154.72.171.2 | Login | | | Chrome/92.0.4515.90 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-08-10 13:36:08 Z | 154.72.171.190 | Login | | | com.google.Maps/5.73.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-08-08 14:13:53 Z | 154.72.171.231 | Login | | | com.google.Maps/5.73.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-29 15:45:42 Z | 154.72.171.251 | Login | | | Chrome/92.0.4515.90 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-07-26 00:04:58 Z | 154.72.169.137 | Login | | | com.google.Maps/5.73.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-25 00:05:40 Z | 129.0.76.69 | Login | | | com.google.Maps/5.73.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-24 12:50:15 Z | 129.0.76.232 | Login | | | com.google.Maps/5.73.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-21 23:55:08 Z | 129.0.76.33 | Login | | | com.google.Maps/5.73.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-19 12:53:25 Z | 129.0.76.200 | Login | | | com.google.Maps/5.73.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-17 09:38:39 Z | 129.0.76.13 | Login | | | Chrome/91.0.4472.80 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |
| 2021-07-17 01:55:28 Z | 154.72.170.135 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) GmbClient/iOS/3.36.0,gzip(gfe) |
| 2021-07-17 01:55:27 Z | 154.72.170.135 | Login | | | com.google.MyBusiness/3.36.0 iSL/3.3 iPhone/14.6 hw/iPhone12_5 (gzip),gzip(gfe) |
| 2021-07-17 01:54:02 Z | 154.72.170.135 | Login | | | Mozilla/5.0 (iPhone; CPU iPhone OS 14_6 like Mac OS X) AppleWebKit/605.1.15 (KHTML, like Gecko) Mobile/15E148,gzip(gfe) |

| | | | | | |
|---|---|---|---|---|---|
| 2021-07-16 12:40:34 Z | 154.72.171.48 | Login | | | com.google.Maps/5.72.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-14 13:05:03 Z | 129.0.76.9 | Login | | | com.google.Maps/5.72.0 iSL/3.3 iPhone/14.6 hw/iPhone13_4 (gzip),gzip(gfe) |
| 2021-07-12 23:45:40 Z | 154.72.168.59 | Login | | | Chrome/91.0.4472.80 CFNetwork/1240.0.4 Darwin/20.5.0,gzip(gfe) |

# MADISON INFORMATION

## MADISON ADMIN INFORMATION

### OUTSTANDING MADISON INVITATION INFORMATION

No Madison Invitees.
**MADISON ACL CHANGES**

No Madison ACL Change History.

############### * Google Confidential and Proprietary * ###############