# EXHIBIT 5

# GeoIP2 Databases Demo

Show Sidebar

**IP Addresses**

129.0.76.113 154.70.99.23 154.72.171.2

Enter up to 25 IP addresses separated by spaces or commas. You can also test your own IP address.

Submit

## GeoIP2 City Plus Database Results

| IP Address | Country Code | Location | Network | Postal Code | Approximate Coordinates* | Accuracy Radius (km) | ISP | Organization | Dom |
|---|---|---|---|---|---|---|---|---|---|
| 129.0.76.113 | CM | Douala, Littoral, Cameroon, Africa | 129.0.76.0/24 | | 4.0505, 9.7023 | 1000 | MTN Cameroon | MTN Cameroon | mtn. |
| 154.70.99.23 | CM | Douala, Littoral, Cameroon, Africa | 154.70.99.0/24 | | 4.0505, 9.7023 | 1000 | MTN Cameroon | MTN Cameroon | mtn. |
| 154.72.171.2 | CM | Douala, Littoral, Cameroon, Africa | 154.72.171.0/24 | | 4.0505, 9.7023 | 1000 | Camtel | Camtel | |

Is this data incorrect? Please submit correction requests here. You may also be interested in reading more about geolocation accuracy on our knowledge base.

This demo contains data found in the following GeoIP2 databases:

- GeoIP2 Country database
- GeoIP2 City database
- GeoIP2 ISP database
- GeoIP2 Domain database

You can read a comparison of our IP geolocation products on our knowledge base or download a high-level overview of our GeoIP2 solutions here.

Chat

\* *Latitude and Longitude are often near the center of population. These values are not precise and should not be used to identify a particular address or household.*

MaxMind, GeoIP, minFraud, and related trademarks belong to MaxMind, Inc.



PRODUCTS

minFraud Services

GeoIP2 Commercial Licensing

GeoIP2 Anonymous IP Database

GeoIP2 Enterprise Database

GeoIP2 Web Services

GeoIP2 Databases

GeoLite2 Free Geolocation Data

SUPPORT

Knowledge Base

minFraud

GeoIP

System Status

GeoIP Data Correction Request

Do Not Sell My Personal Information

Notice of Collection

DEVELOPERS

Developer Portal

minFraud

GeoIP

COMPANY

About MaxMind

Working at MaxMind

Commitment to Security

Charitable Giving

Contact Us

Chat

Terms of Use  |  Privacy Policy

Chat