# EXHIBIT 6

Google Confidential & Proprietary

CUSTOMER PROFILE DETAILS

Payments Profile ID: 7138-0758-7741
Contact Email Address: jurgenfernandez7@gmail.com
Admin Emails Address:
jurgenfernandez7@gmail.com
Payments Profile Creation: 2021-10-05 17:40:22 UTC

ADDRESSES

BILLING,TAX,SHIPPING,LEGAL,DEFAULT

Pint Aunthenticator
pk 8 douala
Douala Littoral
CM

BILLING,TAX,SHIPPING,DEFAULT

Nche Noel Ntse
Rond poulain Makepe
Douala Littoral
CM

BILLING INSTRUMENTS

Instrument Description: Visa •••• 9193
Instrument Expiration: 2/2023
Added on: 2021-10-05 17:40:29 UTC
Deleted on: N/A
Billing Name: Pint Aunthenticator
Billing Address:
Pint Aunthenticator
pk 8 douala
Douala Littoral
CM

Instrument Description: Visa •••• 9993
Instrument Expiration: 5/2024
Added on: 2022-01-24 16:58:03 UTC
Deleted on: N/A
Billing Name: Nche Noel Ntse
Billing Address:
Nche Noel Ntse
Rond poulain Makepe
Douala Littoral
CM

Google Confidential & Proprietary