# EXHIBIT 7

# PK8 Douala



Maps Query Result

- Pharmacie PK8, Douala
- Marché de PK8
- LAY OF PK 8
- snack bar kyria pk8
- MTN Wifi Global Technology Consulting
- The Lunch
- Ken's & Joyce
- Trésor Hotel
- Iug-Esg, Douala