# EXHIBIT 8

# Rond Poulain Makepe



Maps Query Result

- C Pizza - Makepe - BP 6031 - Douala
- HAPPY SPORT MAKÉPÉ
- Boulangerie Saker Makepe, Douala
- St. Monica of Makepe
- Appartement Makepe BM
- Centre d'État-Civil MAKEPE
- Makepe Palace
- Pharmacie de Maképé, Douala
- Rond point Makepe