COOLEY LLP
TIANA DEMAS (admitted *pro hac vice*) (NY Bar No. 4210472)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone:      +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766) (jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:      +1 415 693 2000

Attorneys for Plaintiff
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Google LLC,<br><br>                  Plaintiff,<br><br>     v.<br><br>Nche Noel Ntse,<br><br>                  Defendant. | Case No. 5:22-cv-02244<br><br>**NOTICE OF CHANGE OF ADDRESS** |
|---|---|

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, effective April 19, 2022, Cooley LLP has relocated its Chicago office as shown below:

Cooley LLP
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511

PLEASE TAKE FURTHER NOTICE that our firm's telephone and e-mail addresses remain the same.

All notices and other documents regarding this action should be sent to the above address as of April 19, 2022.

Dated: April 21, 2022                                  COOLEY LLP

                                                       By: */s/ Tiana Demas*
                                                       Tiana Demas

                                                       Attorney for Plaintiff
                                                       Google LLC