```
COOLEY LLP
TIANA DEMAS (NY Bar No. 4210472)
(admitted pro hac vice)
(tdemas@cooley.com)
444 W. Lake Street, Suite 1700
Chicago, Illinois 60606-0010
Telephone: +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000

Attorneys for Plaintiff
Google LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NCHE NOEL NTSE,<br><br>　　　　　Defendant. | Case No. 5:22-cv-02244-EJD<br><br>**PLAINTIFF'S [PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**PLAINTIFF'S [PROPOSED] ORDER
AUTHORIZING ALTERNATIVE SERVICE
CASE NO. 5:22-CV-02244-EJD**

# [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff may serve Defendant Nche Noel Ntse by sending the Summons and Complaint (1) via email to familybassethoundhome@gmail.com, jurgenfernandez7@gmail.com, and ogdablife420@gmail.com, and (2) via text message to +237-672259156.

Until Defendant appears in this matter, Plaintiff may serve Defendant with any further documents in this case via the email addresses and phone number above. Service shall be deemed to be effective on the date the emails and text messages are sent.

IT IS SO ORDERED.

Dated: April 26, 2022

By: _____
HON. EDWARD J. DAVILA
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFF'S [PROPOSED] ORDER
AUTHORIZING ALTERNATIVE SERVICE
CASE NO. 5:22-CV-02244-EJD