COOLEY LLP
TIANA DEMAS (NY Bar No. 4210472)
(admitted *pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone:   +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Google LLC, | Case No. 5:22-cv-02244-EJD |
| Plaintiff, | **PLAINTIFF'S ADMINISTRATIVE MOTION TO CORRECT PROPOSED ORDER** |
| v. | Judge:   Edward J. Davila |
| Niche Noel Ntse, | |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF'S ADMINISTRATIVE MOTION TO
CORRECT PROPOSED ORDER
CASE NO. 5:22-CV-02244-EJD

Plaintiff Google LLC submits this administrative motion under Local Rule 7-11 to correct a typographical error in its previously filed proposed order:

1. On April 15, Google submitted a proposed order authorizing alternative service on Defendant. ECF No. 13-10. It referred to the email address familybassethoundhome@gmail.com. That was a typographical error. The correct email address is familyhomebassethound@gmail.com.

2. The Court entered this proposed order without modification on April 26. ECF No. 16.

3. With this motion, Google is attaching an amended proposed order, which corrects the typographical error and is otherwise identical to the previous version.

4. Google respectfully requests that the Court enter the amended proposed order.

Dated: May 6, 2022                                COOLEY LLP


                                                  By: */s/ Joseph D. Mornin*
                                                       Joseph D. Mornin

                                                  Attorney for Plaintiff
                                                  Google LLC