COOLEY LLP
TIANA DEMAS (NY Bar No. 4210472)
(admitted *pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone:    +1 312-881-6500

MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000

Attorneys for Plaintiff
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Google LLC, | Case No. 5:22-cv-02244-EJD |
| Plaintiff, | **DECLARATION OF JOSEPH D. MORNIN IN SUPPORT OF PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** |
| v. | |
| Niche Noel Ntse, | Judge:    Edward J. Davila |
| Defendant. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF J. MORNIN ISO MOTION
FOR ADMIN. RELIEF
CASE NO. 5:22-CV-02244-EJD

I, Joseph D. Mornin, declare as follows:

1. I am an attorney with the law firm Cooley LLP and counsel for Plaintiff Google LLC. I submit this declaration based on personal knowledge and following reasonable investigation. If called as a witness, I could testify competently to the truth of each statement.

2. As required by Local Rule 7-11(a), I declare that Google has been unable to obtain a stipulation related to the accompanying administrative motion because no counsel for Defendant has appeared in this case and Google has not been able to communicate with Defendant.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Berkeley, California on May 6, 2022.

By: */s/ Joseph D. Mornin*
Joseph D. Mornin

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF J. MORNIN ISO MOTION
FOR ADMIN. RELIEF
CASE NO. 5:22-CV-02244-EJD