COOLEY LLP
TIANA DEMAS (NY Bar No. 4210472)
(admitted *pro hac vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606
Telephone: +1 312-881-6500

MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000

Attorneys for Plaintiff
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NCHE NOEL NTSE,<br><br>　　　　　Defendant. | Case No. 5:22-cv-02244-EJD<br><br>**PLAINTIFF'S AMENDED [PROPOSED] ORDER AUTHORIZING ALTERNATIVE SERVICE** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF'S AMENDED [PROPOSED] ORDER
AUTHORIZING ALTERNATIVE SERVICE
CASE NO. 5:22-CV-02244-EJD

**[PROPOSED] ORDER**

Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff may serve Defendant Nche Noel Ntse by sending the Summons and Complaint (1) via email to familyhomebassethound@gmail.com, jurgenfernandez7@gmail.com, and ogdablife420@gmail.com, and (2) via text message to +237-672259156.

Until Defendant appears in this matter, Plaintiff may serve Defendant with any further documents in this case via the email addresses and phone number above. Service shall be deemed to be effective on the date the emails and text messages are sent.

IT IS SO ORDERED.

Dated: May 6, 2022

By: _____
HON. EDWARD J. DAVILA
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

PLAINTIFF'S AMENDED [PROPOSED] ORDER
AUTHORIZING ALTERNATIVE SERVICE
CASE NO. 5:22-CV-02244-EJD