COOLEY LLP
TIANA DEMAS (NY Bar No. 4210472)
(Admitted *Pro Hac Vice*)
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone:   +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000

Attorneys for Plaintiff
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>NCHE NOEL NTSE,<br><br>              Defendant. | Case No. 5:22-cv-02244-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:     Edward J. Davila |

At the time of service, I was over 18 years of age and not a party to this action. My business address is Cooley LLP, 1299 Pennsylvania Avenue, NW, Suite 700, Washington, DC 20004-2400.

On May 5, 6, and 9, 2022, I served the following on Defendant:

- Complaint (ECF No. 1);
- Complaint exhibits (ECF Nos. 1.1–1.6);
- Summons (ECF No. 2);
- Clerk's Notice Setting Initial Case Management Conference Following Reassignment (ECF No. 14);
- Order Granting Alternative Service (ECF No. 16); and
- Amended Order Granting Alternative Service (ECF No. 18).

I served these materials via email to familyhomebassethound@gmail.com, jurgenfernandez7@gmail.com, and ogdablife420@gmail.com as authorized by the Court's orders permitting alternative service (ECF Nos. 16 & 18). I did not receive, within a reasonable time after these transmissions, any electronic message or other indication that these transmissions were unsuccessful.

I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2022.

By: */s/ Kira Hessekiel*
Kira Hessekiel

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with N.D. Cal. LR 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated: May 9, 2022              COOLEY LLP

                                By: /s/ Tiana Demas_____
                                    Tiana Demas

                                Attorney for Plaintiff
                                Google LLC