COOLEY LLP
TIANA DEMAS (NY Bar No. 4210472)
*(Admitted Pro Hac Vice)*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone:    +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:    +1 415 693 2000

Attorneys for Plaintiff
Google LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>NCHE NOEL NTSE,<br><br>            Defendant. | Case No. 22-cv-02244-EJD<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge:    Edward J. Davila |

At the time of service, I was over 18 years of age and not a party to this action. My business address is Cooley LLP, 110 N. Wacker Drive, Suite 4200, Chicago, Illinois 60606-1511.

On May 9, 2022, I served the following materials on Defendant:

- Complaint (ECF No. 1);
- Complaint exhibits (ECF Nos. 1-1 to 1-6);
- Summons (ECF No. 2);
- Clerk's Notice Setting Initial Case Management Conference Following Reassignment (ECF No. 14);
- Order Granting Alternative Service (ECF No. 16); and
- Amended Order Granting Alternative Service (ECF No. 18)

I served these materials via text message to +237-672259156 as authorized by the Court's orders permitting alternative service (ECF Nos. 16 & 18). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.[1]

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2022.

By: /s/ Tiana Demas
Tiana Demas

---

[1] Initial texts with attached documents were unsuccessfully delivered due to the size of the attachments. A text containing a secure link was successfully delivered.