COOLEY LLP
TIANA DEMAS (NY Bar No. 4210472)
*(Admitted pro hac vice)*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, Illinois 60606-1511
Telephone: +1 312-881-6500

COOLEY LLP
MICHAEL G. RHODES (116127)
(rhodesmg@cooley.com)
JOSEPH D. MORNIN (307766)
(jmornin@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000

Attorneys for Plaintiff
GOOGLE LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>           Plaintiff,<br><br>    v.<br><br>NCHE NOEL NTSE,<br><br>           Defendant. | Case No. 5:22-cv-02244-EJD<br><br>[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT NCHE NOEL NTSE |

On October 6, 2022, the Court heard oral arguments for Plaintiff Google, LLC's motion for default judgment. *See* Dkt. No. 30. Defendant did not appear. The Court has reviewed the *Eitel* factors and finds that all the factors have been met. *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986); *see* Dkt. No. 26.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[PROPOSED] ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:22-CV-02244-EJD

The Court orders as follows:

1. Plaintiff's motion for default judgment is GRANTED.

2. Defendant is liable for breach of contract under California law.

3. Defendant and Defendant's officers, agents, servants, employees, attorneys, successors, and assigns, and all other persons who are in active concert with or participation with any of them or who are affiliated with Defendant are hereby permanently enjoined from the following:

   a. Accessing or attempting to access Google's services;

   b. Creating or maintaining any Google accounts;

   c. Engaging in any activity (or facilitating others to engage in any activity) that violates Google's Terms of Service or related policies;

   d. Continuing to operate the websites listed in Exhibit 5 of Plaintiff's complaint; and

   e. Creating, operating, or facilitating any fraudulent schemes or websites utilizing Google's services or any other third-party platforms.

4. This Court shall retain jurisdiction for the purpose of making any further orders to construe, modify, or enforce this judgment.

**IT IS SO ORDERED**.

Dated: October 7, 2022

By: _____
Hon. Edward J. Davila
U.S. DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING
MOTION FOR DEFAULT JUDGMENT
CASE NO. 5:22-CV-02244-EJD